**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

PATRICK DI SANTO,

                                Plaintiff,                      1:25-cv-1340 (BKS/DJS)

v.

NEW YORK STATE UNIFIED
COURT SYSTEM,

                                Defendant.

---

**Appearances:**

*Plaintiff Pro se:*
Patrick di Santo
Lenexa, KS 66219

**Hon. Brenda K. Sannes, United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

Plaintiff pro se Patrick di Santo filed this action in the Southern District of New York under Title II of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act, alleging that the Defendant failed to provide reasonable accommodations during judicial proceedings in Ulster County, New York. (Dkt. No. 1). Plaintiff also filed a request to proceed *in forma pauperis*. (Dkt. No. 4). On September 12, 2025, the case was transferred to the Northern District of New York. (Dkt. No. 5). This matter was referred to United States Magistrate Judge Daniel J. Stewart for an initial review pursuant to 28 U.S.C. § 1915(e)(2) and Local Rule 72.3(d). After Magistrate Judge Stewart issued a Report-Recommendation, (Dkt. No. 10) recommending dismissal of plaintiff's Complaint, plaintiff filed an Amended Complaint, (Dkt. No. 11). This action was again referred to Magistrate Judge Stewart for an initial review pursuant to 28 U.S.C. § 1915(e)(2) and Local Rule 72.3(d). On May 5, 2026, Magistrate Judge Stewart issued a

Report-Recommendation recommending that Plaintiff's Amended Complaint be dismissed. (Dkt. No. 14). Magistrate Judge Stewart advised Plaintiff that he had fourteen days within which to file written objections to the report under 28 U.S.C. § 636(b)(1), and that the failure to object to the report within fourteen days would preclude appellate review. (*Id.* at 5). Plaintiff did not file objections to the Report-Recommendation.[1]

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Nambiar v. Cent. Orthopedic Grp., LLP*, 158 F.4th 349, 359 (2d Cir. 2025); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation and having found no clear error, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 14) is **ADOPTED in its entirety** as discussed above; and it is further

**ORDERED** that Plaintiff's Amended Complaint (Dkt. No. 11) is **DISMISSED**; and it is further

**ORDERED** that the Clerk is directed to enter judgment and close this case; and it is further

**ORDERED** that the Clerk serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Brenda K. Sannes
Chief U.S. District Judge

Dated: <u>June 24, 2026</u>
Syracuse, New York

---

[1] Plaintiff did file a Fourth Amended Complaint, (Dkt. No. 15), which the Court has reviewed in an abundance of caution. The Fourth Amended Complaint does not change the outcome here because it does not correct the deficiencies identified by Magistrate Judge Stewart.

2